IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION



| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| | ) | CRIMINAL ACTION FILE |
| v. | ) | |
| | ) | NO.1:08-CR-173-1 & 2-TCB |
| DAXESH PATEL and | ) | |
| AXAR SYSTEMS, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

It has come to the attention of the Court that the Judgment and Commitments entered August 31, 2009 for both defendants are incorrect.

It is hereby ORDERED AND ADJUDGED that the Judgment and Commitments be amended and as follows:

**The money judgment in the amount of $150,000.00 is due jointly and severally for both Daxesh Patel and AXAR Systems, LLC.**

IT IS FURTHER ORDERED that the judgment remain the same in every other respect.

IT IS FURTHER ORDERED that the Clerk serve a copy of this Order upon defendant, defense counsel, the Probation Office, the United States Attorney and the United States Marshal.

It is so ORDERED this 1st day of September, 2009.

_____
Timothy C. Batten, Sr.
United States District Judge